USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO RAMIREZ, *on Behalf of Himself and All Others Similarly Situated*,

                Plaintiff,

-against-

400 WEST 23RD STREET RESTAURANT CORP., *doing business as* THE RAIL LINE DINER; IRENE NICTAS; TEDDY NICTAS;

                Defendants.

19-CV-10571 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff has filed proof of service as to all Defendants, Dkts. 6–8;

    WHEREAS the deadline to answer or otherwise respond to the Complaint has elapsed for all three Defendants, Dkts. 6–8; and

    WHEREAS no defendant has either appeared or answered;

    IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against all Defendants, in accordance with this Court's Individual Practices, no later than **February 14, 2020**.

**SO ORDERED.**

**Date: January 21, 2020**
**New York, New York**

                                          **VALERIE CAPRONI**
                                        **United States District Judge**