USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
PEDRO RAMIREZ, on Behalf of Himself :
And All Others Similarly Situated, :
 :
                                Plaintiff, :      19-CV-10571(VEC)
       -against- :
 :      ORDER
400 WEST 23RD STREET RESTAURANT :
CORP. d/b/a THE RAIL LINE DINER, IRENE :
NICTAS and TEDDY NICTAS, :
 :
                              Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 24, 2021, the parties informed the Court that they intended to resolve this wage and hour case via a Rule 68 offer of judgment to Plaintiff, *see* Letter, Dkt. 39;

WHEREAS the parties requested that the Court adjourn a pending conference to give the parties enough time to finalize the settlement agreement and offer of judgment, *id.*; and

WHEREAS the Court granted the parties' request and adjourned the conference to Friday, September 17, 2021 at 11:00 A.M., *see* Endorsement, Dkt. 40;

IT IS HEREBY ORDERED that by no later than **Thursday, September 16, 2021 at 2:00 P.M.**, the parties must jointly update the Court whether an offer of judgment has been made or whether the parties would like the Court to hold the conference as scheduled. For the conference dial in information, the parties should consult the Court's endorsement at docket entry 40.

**SO ORDERED.**

Date: September 15, 2021
       New York, NY

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**