USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO RAMIREZ                                    Case No. 19-cv-10571 (VEC)

                Plaintiff,

      vs.

400 WEST 23RD STREET RESTAURANT CORP.
d/b/a THE RAIL LINE DINER, IRENE NICTAS and
TEDDY NICTAS,

                Defendants.
-----------------------------------------------------------X

## JUDGMENT

WHEREAS, Plaintiff PEDRO RAMIREZ, filed a complaint against Defendants, 400 WEST 23RD STREET RESTAURANT CORP. d/b/a THE RAIL LINE DINER, IRENE NICTAS and TEDDY NICTAS, on November 14, 2020, alleging violations of the Fair Labor Standards Act and New York Labor Law;

WHEREAS Defendants noticed an appearance on February 13, 2020;

WHEREAS Defendants made an offer of judgment, pursuant to Federal Rule of Civil Procedure 68, on September 10, 2021;

WHEREAS, the Plaintiffs accepted the offer of judgment and filed a notice of the acceptance on September 16, 2021;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that a judgment be entered against the Defendants, 400 WEST 23RD STREET RESTAURANT CORP. d/b/a THE RAIL LINE DINER, IRENE NICTAS and TEDDY NICTAS, jointly and severally, inclusive of attorneys' fees and costs in favor of Plaintiff PEDRO RAMIREZ, in the amount of $28,000.00.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

**Date: September 16, 2021**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**